**FILED**

J:N NOV 1 3 2007
13
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cv6439
JUDGE ASPEN
MAG. JUDGE VALDEZ

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: TATANINA S. EVANS
(Please print)

STREET ADDRESS: 175 Ogle Terrace

CITY/STATE/ZIP: Akron, Ohio 44311

PHONE NUMBER: 330-475-2911

CASE NUMBER: _____

Signature: [signature]　　Date: 11-6-07