# United States District Court

## Northern District of Illinois

Eastern Division

Tatanina Evans							**JUDGMENT IN A CIVIL CASE**

     v.							Case Number: 07 C 6439

U.S. Postal

☐	Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐	Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Because plaintiff has not demonstrated indigence, we are obligated to deny both her *in forma pauperis* application and motion for appointment of counsel. Evans did not file her complaint until November 13, 2007 – more than 250 days after receiving a Final Agency Decision on March 6,. We thus dismiss plaintiff's complaint as untimely.

                                                Michael W. Dobbins, Clerk of Court

Date: 2/29/2008					_____

                                                    /s/ Gladys Lugo, Deputy Clerk